ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CORY M. PICTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
cory.picton@usdoj.gov
Attorneys for Plaintiff

FILED
2017 OCT 18 PM 3:39
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 17-1620 TUC RCC(DTF)

United States of America,

  Plaintiff,

vs.

Roger Dale Godwin,

  Defendant.

INDICTMENT

Violations:
18 U.S.C. § 871(a)
(Threats Against President)
Count 1

18 U.S.C. § 876(c)
(Mailing Threatening Communications)
Count 2

18 U.S.C. § 1038(a)
(False Information and Hoaxes)
Count 3

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 1, 2016, at or near Tucson, in the District of Arizona, ROGER DALE GODWIN, the defendant, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871(a).

## COUNT 2

On or about June 1, 2016, at or near Tucson, in the District of Arizona, ROGER DALE GODWIN, the defendant, knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, addressed to U.S. Attorney General Loretta Lynch, and containing threats to injure U.S. Attorney General Loretta Lynch,

President Barack Obama and Special Investigative Services (SIS) Technician Angela Cristinzio, in violation of Title 18, United States Code, Section 876(c).

### COUNT 3

On or about June 1, 2016, at or near Tucson, in the District of Arizona, ROGER DALE GODWIN, the defendant, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information might reasonably be believed, and where such information indicated that an activity had taken place that would constitute a violation of Chapter 10 of Title 18 of the United States Code. To wit: Defendant ROGER DALE GODWIN knowingly mailed from Tucson, Arizona, an envelope containing a white powdery substance addressed to U.S. Attorney General Loretta Lynch with the intent to convey the false and misleading information that the powder contained a biological agent and toxin; such conduct would constitute a violation of Chapter 10 of Title 18, United States Code, Section 175(a), Transfer of a Biological Agent or Toxin for Use as a Weapon.

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

A TRUE BILL

/s/

Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
Assistant U.S. Attorney
Dated: October 18, 2017

*United States of America v. Roger Dale Godwin*
*Indictment Page 2 of 2*