**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01620-001-TUC-RCC (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Roger Dale Godwin, | |
| Defendant. | |

On January 18, 2022, Defendant Roger Dale Godwin filed a pro se Motion to Amend Compassionate Release 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 113.) The Court previously denied Godwin's pro se motion for compassionate release, stating that if Godwin filed another motion for compassionate release, that the Federal Public Defender must screen the motion pursuant to General Order 20-28. (Doc. 110 at 2.) However, the FPD has not yet submitted its response.

Accordingly, IT IS ORDERED the Federal Public Defender must screen Godwin's pro se Motion to Amend Compassionate Release pursuant to General Order 20-28.

Dated this 25th day of April, 2022.

Honorable Raner C. Collins
Senior United States District Judge

cc: Keith Hilzendeger, FPD; Micah Schmit, USAO